■ In the Matter of PAULINE GERSHOWITZ, Appellant, v. SEYMOUR GERSHOWITZ, Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.